DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH HAWKESWORTH** and **KENNI ANN HAWKESWORTH,**
Appellants,

v.

**DENNIS SCOTT** and **ALOHALANI SCOTT,**
Appellees.

No. 4D2024-0746

[January 8, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502019CA004646XXXXMB.

Preston J. Fields of Preston J. Fields, P.A., Palm Beach Gardens, for appellants.

Megan M. Wegerif and Dean T. Xenick of Xenick Lebedeker Pepin, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***